# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **INITIAL APPEARANCE** |
| **DEREK A. LIEBERGEN** | CASE NUMBER 19-M-730 |

HONORABLE William C. Griesbach, presiding　　　　　Tape No.: 091719

Deputy Clerk: Lori　　　　　Hearing Began: 11:18 am

Hearing Held: September 17, 2019　　　　　Hearing Ended: 11:22:47 am

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | William J. Roach |
| DEREK A. LIEBERGEN, in person, and by: | Thomas E. Phillip |
| U.S. PROBATION OFFICE by: | Mitchell Farra |
| INTERPRETER: ☒ None  ☐ Sworn | None |

- ☒ Defendant advised of rights
- ☒ Court orders counsel appointed
- ☒ Copy of ☒ complaint ☐ petition received by defendant
  ☐ document read; ☐ Defendant waives reading
- ☒ Defendant advised of maximum penalties
- Maximum Penalties: See below

| | | |
|---|---|---|
| ☐ Defendant waives: | ☐ Preliminary Hearing: | ☐ Identity Hearing: |
| ☒ Court sets: | ☒ Preliminary Hearing: September 30, 2019 at 2:30 pm | ☐ Identity Hearing: |

- ☐ Detention hearing held.
- ☐ Defendant is released on: ☐ O/R bond; ☐ Cash bond; ☐ Property Bond; ☐ with conditions. SEE Order Setting Conditions of Release.
- ☒ **Defendant is ordered detained pending trial. SEE Order of Detention Pending Trial.**
- ☐ Court orders federal detainer.
- ☐ Defendant is ordered temporarily detained. Detention Hearing set for:
- ☐ Bond continued; or ☐ Detention continued as previously set.

Maximum Penalties: Drug charges: 10 yr mm - life; Fine: $10 million; SR: 5 yr - life: SA: $100; Fire arm charge: 5 year consecutive mm - life; Fine: $250,000.00; SR: 5 years; SA: $100

The government requests detention and a preliminary hearing date.

Mr. Phillip has nothing to present as to issue of release. Counsel will file a motion to address release at a later date if applicable.