UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

UNITED STATES OF AMERICA,

   Plaintiff,

v.              Case No. 19-M-730

DEREK A. LIEBERGEN,

   Defendant.

---

### NOTICE OF APPEARANCE AND DISCLOSURE STATEMENT

---

Pursuant to Local Criminal Rule 12.4, notice and disclosure is hereby provided that the individual defendant in the above-referenced matter is represented by Federal Defender Services of Wisconsin, Inc., through undersigned counsel.

Dated at Green Bay, Wisconsin, this 19th day of September, 2019.

        Respectfully submitted,

        **s/Krista Halla-Valdes**
        KRISTA HALLA-VALDES, Florida Bar #0073369
        Federal Defender Services of Wisconsin, Inc.
        801 E. Walnut Street, Second Floor
        Green Bay, Wisconsin 54301
        Telephone: (920) 430-9900
        Facsimile: (920) 430-9901
        Krista_Halla-Valdes@fd.org

*Federal Defender Services*
*of Wisconsin, Inc,*