AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the

EASTERN DISTRICT OF WISCONSIN

U.S. District Court
Wisconsin Eastern
SEP 2 0 2019
FILED
Stephen C. Dries, Clerk

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 19-M-730 |
| DEREK A. LIEBERGEN | ) | |
| *Defendant* | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 9/20/19

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

KRISTA HALLA-VALDES   FL BAR #073369
*Printed name and bar number of defendant's attorney*

801 E. WALNUT ST. #2nd FL, GB WI
*Address of defendant's attorney*

krista_halla-valdes@fd.org
*E-mail address of defendant's attorney*

920-430-9900
*Telephone number of defendant's attorney*

920-430-9901
*FAX number of defendant's attorney*