AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin


U.S. District Court
Wisconsin Eastern
SEP 23 2019
FILED
Stephen C. Dries, Clerk

United States of America
v.
DEREK A. LIEBERGEN d.o.b. XX/XX/93

)
)
)
)
)
)
)

Case No. 19 m 730

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Derek A. Liebergen,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

On or about September 11, 2019, Derek A. Liebergen possessed with intent to distribute 500 grams of a mixture and substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.
On or about September 11, 2019, Derek A. Liebergen knowingly possessed a firearm in furtherance of the drug trafficking crime charged, in violation of Title 18, United States Code, Section 924(c).

Date: 9/16/19 @ 2:25 pm

*Issuing officer's signature*

City and state: Green Bay, WI

James R Sickel
*Printed name and title*
U.S. Magistrate Judge

### Return

This warrant was received on *(date)* 9/16/19, and the person was arrested on *(date)* 9/16/19
at *(city and state)* Appleton, WI.

Date: 9/16/19

*Arresting officer's signature*

Kristina M. Haven Deputy US Marshal
*Printed name and title*